JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-02168-RGK (DTBx) | Date | October 3, 2016 |
|---|---|---|---|
| Title | Rhonda Katrenich v. Sysco Corporation et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

The Court has reviewed the Joint Motion for Dismissal with Prejudice [26]. The request to dismiss with prejudice is granted.

**IT IS SO ORDERED.**

                                                                                        _____ : _____
                                                          Initials of Preparer    slw